UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI ANNA MASSEY,

    Plaintiff,

v.

MULTICARE HEALTH SYSTEM, ALLENMORE HOSPITAL,

    Defendant.

CASE NO. 3:20-CV-5922-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $400 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 13) is GRANTED. However, based on the allegations in the proposed complaint, it is unclear if Plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 13th day of October, 2020.

David W. Christel
United States Magistrate Judge