UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI ANNA MASSEY,<br><br>                     Plaintiff,<br><br>      v.<br><br>MULTICARE HEALTH SYSTEM, et al.,<br><br>                     Defendants. | CASE NO. C20-5922JLR<br><br>ORDER DISMISSING CASE |

On October 19, 2020, the court issued its order dismissing Plaintiff Lori Anna Massey's *pro se* complaint against Defendants MultiCare Health System and Allenmore Hospital without prejudice and with leave to amend.  (Order (Dkt. # 17).)  The court ordered Ms. Massey to file an amended complaint, if any, within 21 days of the date of its order.  (*See id.* at 4.)  The November 9, 2020 deadline for Ms. Massey to file an amended complaint has passed, and Ms. Massey has not filed an amended complaint pursuant to the court's order.  (*See generally* Dkt.)  Because Ms. Massey has not filed an amended

ORDER - 1

1  complaint that cures the deficiencies noted in the court's October 19, 2020 order, the
2  court DISMISSES Ms. Massey's complaint (Dkt. # 16) with prejudice.  The clerk is
3  directed to send a copy of this order to Ms. Massey.
4        Dated this 25th day of November, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2